**United States District Court**
**Violation Notice**

Location Code: EW7

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F 4648077 | Greenstreet | A888276 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 09/06/15 1310 | 36 CFR 261.17 |

Place of Offense: Snow Lakes Trailhead

Offense Description: Failure to display a valid recreation pass. Invalid state pass displayed.

**DEFENDANT INFORMATION**

Last Name: Swanson
First Name: Erik

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| AGT 4879 | WA | 12 | VW | Hatch | White |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 75°° Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Posted to vehicle

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (5/07)

---

Viol. No. F4648077    Defendant: Swanson, Erik

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on 9/6/15, while exercising my duties as a law enforcement officer in the Eastern District of Washington, while on patrol on the Okanogan-Wenatchee National Forest, I stopped at Snow lakes trailhead to check for compliance, and found this vehicle with plate number AGT4879 and registered to Erik Swanson parked in an area clearly posted as requiring a recreation pass. There was no valid pass or permit on display.

This vehicle was displaying a washington state park Discover Pass. ~~this~~ The Discover Pass is not valid at this trailhead and it is well signed informing users of the required passes and regulations

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation is true and correct to the best of my knowledge.

Executed on: 09/07/2015
Date    Officer's Signature

Probable cause has been stated for issuance of a warrant.

Executed on: _____
Date    U.S. Magistrate Judge

CVB Scan SEP 25, 2015 09:00
CVB Scan SEP 25, 2015 09:00